UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| 1ST CLASS STAFFING, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SILVIA K. CAMPOS-GARCIA,<br><br>　　　　　Defendant. | **SCHEDULING ORDER**<br><br>Case No. 2:21-cv-00487-DBB-DAO<br><br>Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

    Pursuant to Fed. R. Civ. P. 16(b), the court received the Attorney Planning Meeting Report filed by counsel. The following matters are scheduled. The times and deadlines set forth herein may not be modified without the approval of the court and on a showing of good cause pursuant to Fed. R. Civ. P. 6.

| | | | |
|---|---|---|---|
| **1.** | | **PRELIMINARY MATTERS** | **DATE** |
| | | Nature of claims and any affirmative defenses: | |
| | | See Attorney Planning Meeting Report. | |
| | a. | Date the Rule 26(f)(1) conference was held? | _09/08/21_ |
| | b. | Have the parties submitted the Attorney Planning Meeting Report? | _09/10/21_ |
| | c. | Deadline for 26(a)(1) initial disclosures? | _09/30/21_ |
| **2.** | | **DISCOVERY LIMITATIONS** | **NUMBER** |
| | a. | Maximum number of depositions by Plaintiff(s): | _15_ |
| | b. | Maximum number of depositions by Defendant(s): | _15_ |
| | c. | Maximum number of hours for each deposition (unless extended by agreement of parties):[1] | _7_ |

---

[1] The depositions taken during expedited discovery count toward this seven-hour limit.

| | | |
|---|---|---|
| d. | Maximum interrogatories by any party to any party: | *20* |
| e. | Maximum requests for admissions by any party to any party: | *20* |
| f. | Maximum requests for production by any party to any party: | *30* |
| g. | The parties shall handle discovery of electronically stored information as follows: | |
| | See Attorney Planning Meeting Report. | |
| h. | The parties shall handle a claim of privilege or protection as trial preparation material asserted after production as follows: | |
| | The parties agree to proceed in accordance with Fed. R. Civ. P. 26(b)(5)(B). In addition, the parties agree that the Standard Protective Order identified in DUCivR 26-2(a)(1) shall govern in this matter. | |
| i. | Last day to serve written discovery: | *02/28/22* |
| j. | Close of fact discovery: | *03/31/22* |
| k. | (*optional*) Final date for supplementation of disclosures and discovery under Rule 26(e): | *01/31/22* |

| 3. | **AMENDMENT OF PLEADINGS/ADDING PARTIES**[1] | **DATE** |
|---|---|---|
| a. | Last day to file Motion to Amend Pleadings: | *11/30/21* |
| b. | Last day to file Motion to Add Parties: | *11/30/21* |

| 4. | **RULE 26(a)(2) EXPERT DISCLOSURES & REPORTS** | **DATE** |
|---|---|---|

**Disclosures (subject and identity of experts)**

| | | |
|---|---|---|
| a. | Party(ies) bearing burden of proof: | *03/31/22* |
| b. | Counter disclosures: | *04/28/22* |

**Reports**

| | | |
|---|---|---|
| a. | Party(ies) bearing burden of proof: | *03/31/22* |

---

[1] Counsel must still comply with the requirements of Fed. R. Civ. P. 15(a).

|   |    | |   |
|---|----|-|---|
|   | b. | Counter reports: | *04/28/22* |
| **5.** |    | **OTHER DEADLINES** | **DATE** |
|   | a. | Last day for expert discovery: | *05/28/22* |
|   | b. | Deadline for filing dispositive or potentially dispositive motions: | *08/01/22* |
|   | c. | If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date. | *08/10/22 at 2:45 PM* |
|   | d. | Deadline for filing partial or complete motions to exclude expert testimony: | *08/01/22* |
| **6.** |    | **SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION** | **DATE** |
|   | a. | Likely to request referral to a magistrate judge for settlement conference: | *No* |
|   | b. | Likely to request referral to court-annexed arbitration: | *No* |
|   | c. | Likely to request referral to court-annexed mediation: | *No* |
|   | d. | The parties will complete private mediation/arbitration by: | *00/00/00* |
|   | e. | Evaluate case for settlement/ADR on: | *03/31/22* |
|   | f. | Settlement probability: | *Poor* |

7.         **TRIAL AND PREPARATION FOR TRIAL**

After the court issues an order on the summary judgment motion(s), if there is anything left to litigate, the court will set a scheduling hearing to set a trial date and to ask the parties if they want to mediate. If the schedule set forth herein is not extended, the parties can generally expect that trial will be set sometime during the 2nd quarter of 2023.

DATED this 12th day of October, 2021.

                                                  BY THE COURT:

                                                  _____
                                                  Daphne A. Oberg
                                                  United States Magistrate Judge